**Laura Ferguson**

| | |
|---|---|
| **From:** | Adams, Kent |
| **Sent:** | Thursday, July 21, 2016 4:17 PM |
| **To:** | 'Robert Warburton'; Mark C. Dow |
| **Cc:** | Gordon Rowe; Jack Brant; David Berardinelli; Cynthia Weisman |
| **Subject:** | RE: Enloe, et al. v ASIC |

Bob,
Yes, we need to start over in the USDC case.
Thanks, Kent

Kent Adams
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
909 Fannin Street, Suite 3300
Houston, TX 77010
713.353.2004 (Direct)
713.353.2000 (Main)
713.785.7780 (Fax)
kent.adams@wilsonelser.com

---

**From:** Robert Warburton [mailto:RPW@stelznerlaw.com]
**Sent:** Thursday, July 21, 2016 5:02 PM
**To:** Adams, Kent; Mark C. Dow
**Cc:** Gordon Rowe; Jack Brant; David Berardinelli; Cynthia Weisman
**Subject:** RE: Enloe, et al. v ASIC

Kent,

This includes suspending responses to written discovery.  Correct?

Bob

---

**From:** Adams, Kent [mailto:Kent.Adams@wilsonelser.com]
**Sent:** Thursday, July 21, 2016 2:57 PM
**To:** Mark C. Dow
**Cc:** Gordon Rowe; Robert Warburton; Jack Brant; David Berardinelli; Cynthia Weisman
**Subject:** Re: Enloe, et al. v ASIC

Yes sir. Clean slate. We'll need to conduct a Rule 26 conference in the near future.

Thanks,
Kent

Kent M. Adams
Regional Managing Partner
Wilson Elser Moskowitz Edelman & Dicker, LLP
2 Houston Center
909 Fannin St., Ste. 3300
Houston, Texas 77010

Exhibit 1

Phone: 713-353-2004
Main: 713-353-2000
Cell:    281-435-9251
Kent.Adams@wilsonelser.com

Sent from my iPhone

On Jul 21, 2016, at 9:52 PM, Mark C. Dow <mcd@bdsfirm.com> wrote:

> Kent:
>
> As I understand your email, it is your position that all pending discovery is suspended until the parties agree to a new scheduling order?  Please confirm,
>
> Mark
>
> Very truly yours,
>
> **Mark C. Dow, Esq.**
>
> **Bauman, Dow & Stambaugh, P.C.**
> 7309 Indian School Road NE
> Albuquerque, New Mexico 87110
> Phone: 505.883.3191  Fax: 505.883.3194
>
> If you receive this transmission in error, please contact the sender and delete the material.  This communication, including attachments, may contain confidential and/or privileged information.  Review, dissemination or other use of this communication, including attachments, by any person other than the intended recipient(s) is unauthorized, and shall not be construed as a waiver of any privilege.
>
> ---
>
> **From:** Adams, Kent [mailto:Kent.Adams@wilsonelser.com]
> **Sent:** Thursday, July 21, 2016 2:00 PM
> **To:** Mark C. Dow <mcd@bdsfirm.com>
> **Cc:** Gordon Rowe <growe@rowelawfirmpc.com>; Robert Warburton <RPW@stelznerlaw.com>; Jack Brant <jack@jbrantlaw.com>; David Berardinelli <david@djblawfirm.com>; Cynthia Weisman <cw@bdsfirm.com>
> **Subject:** Re: Enloe, et al. v ASIC
>
> July 21, 2016
> Mark,
> We are not in agreement but we look forward to working out a new scheduling order with all concerned.
> I'm in France, back in my office August 4. We should get all on a conf call after August 4. This will also give the newest defendants an opportunity to participate. As you know I advised all of my concerns about proceeding with depositions before all the parties you sued had appeared and noted my objections on the record.
> Look forward to discussing a proposed scheduling order we can all agree to following my return from vacation.
> Thanks, Kent
>
> Kent M. Adams
> Regional Managing Partner

Wilson Elser Moskowitz Edelman & Dicker, LLP
2 Houston Center
909 Fannin St., Ste. 3300
Houston, Texas 77010
Phone: 713-353-2004
Main: 713-353-2000
Cell:    281-435-9251
Kent.Adams@wilsonelser.com

Sent from my iPhone

On Jul 21, 2016, at 8:24 PM, Mark C. Dow <mcd@bdsfirm.com> wrote:

> Gordon & Kent:
>
> While I understand that you have removed the consolidated cases of Enloe, LANB and Pierce to federal court, we see no reason to delay discovery and are intent on continuing to pursue the depositions of the claims adjusters that all have agreed and scheduled since early this summer in Minnesota, unless we hear from you otherwise.  The scheduled depositions are:
>
> September 13, 2016   Wayne Everson
> September 14, 2016   Dan Ryan
> September 15, 2016   Theresa Gooley.
>
> Please confirm that these depositions are to remain scheduled no later than close of business Friday, July 22, 2015.  Bod Warburton and I have booked flights and hotels for travel and lodging and need to know forthwith whether you intend carry through with these depositions so we are not financially penalized by rescheduling.  Your earliest confirmation is important given the long history of scheduling these depositions starting las t April 2016.
>
> Very truly yours,
>
> **Mark C. Dow, Esq.**
>
> **Bauman, Dow & Stambaugh, P.C.**
> 7309 Indian School Road NE
> Albuquerque, New Mexico 87110
> Phone: 505.883.3191  Fax: 505.883.3194
>
> If you receive this transmission in error, please contact the sender and delete the material.  This communication, including attachments, may contain confidential and/or privileged information.  Review, dissemination or other use of this communication, including attachments, by any person other than the intended recipient(s) is unauthorized, and shall not be construed as a waiver of any privilege.

```
CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
```