IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARK PIERCE, WILLIAM C. ENLOE, and
JILL COOK, TRINITY CAPITAL
CORPORATION and LOS ALAMOS
NATIONAL BANK,

    Plaintiffs,

vs.                                                  Civ. No. 16-829 JAP/KBM

ATLANTIC SPECIALTY INSURANCE
COMPANY, FEDERAL INSURANCE
COMPANY, and CONTINENTAL
CASUALTY COMPANY,

    Defendants.

## ORDER OF REMAND

Having entered a MEMORANDUM OPINION AND ORDER on July 26, 2017 (Doc. No. 279), granting Plaintiffs' Motions to Remand and having awarded attorney's fees and costs in a MEMORANDUM OPINION AND ORDER SETTING AWARDS OF ATTORNEY'S FEES AND COSTS (Doc. No. 302), the Court now remands this proceeding to the First Judicial District Court in the County of Los Alamos, State of New Mexico (D-132-CV-2015-00082).

IT IS ORDERED that this case is REMANDED to the First Judicial District Court, County of Los Alamos, State of New Mexico.

_____
SENIOR UNITED STATES DISTRICT JUDGE