**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**October 31, 2017**

**Elisabeth A. Shumaker**
**Clerk of Court**

_____

| | |
|---|---|
| WILLIAM C. ENLOE; JILL COOK,<br><br>    Plaintiffs - Appellees,<br><br>and<br><br>TRINITY CAPITAL CORPORATION; LOS ALAMOS NATIONAL BANK; MARK PIERCE,<br><br>    Plaintiffs,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>    Defendant - Appellant,<br><br>and<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY; FEDERAL INSURANCE COMPANY; ONE BEACON INSURANCE GROUP,<br><br>    Defendants. | No. 17-2171<br>(D.C. No. 1:16-CV-00829-JAP-KBM)<br>(D. N.M.) |

_____

## ORDER
_____

This matter is before the court on the parties' Stipulation of Dismissal of Appeal against Jill Cook. The parties' stipulation to dismiss the individual appellee Jill Cook is granted.

The clerk is directed to modify the caption designation for the dismissed party from Plaintiff-Appellee to Plaintiff. The dismissed party shall have no further obligations to the court for this appeal.

All parties shall bear their own fees and costs.

                                                Entered for the Court

                                                ELISABETH A. SHUMAKER, Clerk